PROB 12B
(7/93)

Report Date: February 27, 2006

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 28 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Reanna Jo Howard          Case Number: 2:04CR00149-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 01/07/2005          Type of Supervision: Probation

Original Offense: Misprision of a Felony,          Date Supervision Commenced: 01/07/2005
18 U.S.C. § 4

Original Sentence: Probation - 36 months          Date Supervision Expires: 01/06/2008

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   **Amended Special Condition:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

**Special Condition #19:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence Violation #1:** Reanna Howard is considered in violation of her probation in the Eastern District of Washington by her use of marijuana on/or about February 16, 2006.

Reanna Howard submitted a urinalysis on February 16, 2006, which confirmed positive by Scientific Testing Laboratories. Ms. Howard advised she ingested marijuana stems provided by her boyfriend. Ms. Howard indicated she ingested marijuana to help relieve symptoms of nausea as a result of pregnancy.

Ms. Howard was reprimanded by probation for her use of marijuana and reminded that use of controlled substances, including marijuana, whether by smoking or orally ingestion, is prohibited.

Also, during the last supervised release hearing on January 13, 2006, Ms. Howard was reminded to pay her remaining electronic monitoring fees no later than January 30, 2006. As of February 24, 2006, she has not paid the fees as previously directed. Ms. Howard reports she experienced some mail problems but she will make sure this matter is fully paid by February 28, 2006.

Prob 12B
**Re: Howard, Reanna Jo**
**February 27, 2006**
**Page 2**

Based on the United States v. Stephens (9th Cir. 2005) case, probation is requesting the above noted modification. Regarding the violation, the probation office requests the Court take no action at this time. If further controlled substance usage is detected, our office will notify the Court requesting further action.

Respectfully submitted,

by *[signature]*

Missy K. Kolbe
U.S. Probation Officer
Date: February 27, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

*February 28, 2006*
Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

FEB 28 2006

Eastern District of Washington

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19   **Amended Special Condition:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____   Signed: _____
Missy K. Kolbe                                          Reanna Jo Howard
U.S. Probation Officer                               Probationer or Supervised Releasee

February 27, 2006
Date